UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHNNY L. TAYLOR, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOB-ROHR-INDY MOTORS, )<br>)<br>Defendant. ) | 1:09-cv-628-WTL-DML |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

**I.**

The plaintiff's motion for reconsideration (dkt 36) requests that the court reconsider its order allowing the defendant to seek non-party discovery from plaintiff's former employer Amcor PET Packing. In its Sealed Order of January 11, 2010, the court granted the defendant's motion for leave to serve limited non-party discovery subpoenas upon Amcor PET Packing (dkt 35). Plaintiff argues that the defendant should not be permitted to obtain records pertaining to his lawsuit against Amcor PET Packing because "[t]he judge in that case ordered that the details and outcome of that case remain sealed. Neither party of the case was to say anything else about it."

The court takes judicial notice of *Taylor v. Amcor PET Packing*, 1:06-cv-1745-DFH-TAB. That action was dismissed with prejudice on June 19, 2007, after the parties reached a settlement. No portion of that docket was sealed. It is reasonable to surmise that the settlement agreement contained a confidentiality provision, but the terms of any such provision are not part of this record.

The plaintiff's motion for reconsideration (dkt 36) is **granted** to the extent that if Amcor PET Packing provides any records to the defendant which would, absent this court's Sealed Order of January 11, 2010, violate the terms of any confidentiality provisions contained in the settlement agreement in *Taylor v. Amcor PET Packing*, 1:06-cv-1745-DFH-TAB, such records shall be **subject to a protective order. Counsel for the defendant shall not use or disclose such records for any purpose other than what is reasonably necessary for the litigation of this action.**

**II.**

The defendant's motion for leave to file amended answer (dkt 38) is **granted**. The clerk shall **docket and file** the tendered Amended Answer and Affirmative Defenses (dkt 38-1).

**III.**

The defendant's motion for extension of time to complete discovery (dkt 39) is **granted** to the extent that if the case is not resolved on summary judgment, upon the filing of a renewed motion for discovery the parties will be permitted to conduct additional discovery on a schedule that will be established at that time.

**IT IS SO ORDERED.**

Date: 03/11/2010

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jeffrey B. Halbert
STEWART & IRWIN P.C.
jhalbert@silegal.com

James J. Hutton
OFFICE OF THE INDIANA ATTORNEY GENERAL
james.hutton@atg.in.gov

Suzanne S. Newcomb
STEWART & IRWIN P.C.
snewcomb@silegal.com

Johnny L. Taylor
1240 Community Ct. Apt. C
Indianapolis, IN 46227

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.